**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
Manuel Acevedo,                              :
                                             :
                         Plaintiff,          :
                                             :
        -against-                            :
                                             :
Sanofi-Aventis, LLC,                         :
                                             :
                         Defendant.          :
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 20, 2022

1:22-CV-156-ALC

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a conference on **Thursday, January 27, 2022 at 2:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   Jan. 20, 2022
New York, New York

_____
     **Andrew L. Carter, Jr.**
   **United States District Judge**