**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

Manuel Acevedo,

                              Plaintiff,

            -against-

Sanofi-Aventis, LLC,

                              Defendant.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 24, 2022

1:22-CV-156-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant is hereby **ORDERED** to serve a copy of my Order dated January 20, 2022

(ECF No. 4), scheduling a telephone conference in this case, on Plaintiff. For purposes of

notifying Plaintiff of the upcoming conference, email notification is sufficient. Proof of service

shall be filed on the docket no later than close of business on **January 25, 2022**.

**SO ORDERED.**

**Dated:    Jan. 24, 2022**
**New York, New York**

_____
                    **Andrew L. Carter, Jr.**
                    **United States District Judge**