UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2022

Manuel Acevedo,

                  Plaintiff,

v.

Sanofi-Aventis, LLC,

                  Defendant.

1:22-cv-156-ALC

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled (ECF No. 9), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:** 2/25/2022
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**